1

**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com
edocket@cavanaghlaw.com

Timothy R. Hyland (SBN 010298)
thyland@cavanaghlaw.com
Jordan R. Plitt (SBN 028028)
jplitt@cavanaghlaw.com
Telephone:  (602) 322-4078
Facsimile:  (602) 322-4103

Attorneys for Homesite Indemnity Company

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas and Lynn Felix, husband and wife, | Case No.: |
| Plaintiffs, | |
| v. | **NOTICE OF REMOVAL** |
| Homesite Indemnity Company, a foreign corporation; John Does I-X, Jane Does I-X; Black Corporations I-X; Gray Partnerships I-X; and Blue Limited Partnerships I-X, | |
| Defendants. | |

Defendants, Homesite Indemnity Company (hereinafter "Homesite"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby notices the removal of the above-captioned case from the Superior Court of the State of Arizona in and for the County of Maricopa ("Superior Court"), to the United States District Court for the District of Arizona and in support thereof respectfully asserts:

1.      Defendant Homesite is a Wisconsin corporation with its principal place of business in Boston, Massachusetts. As such, Homesite is a citizen of the States of Massachusetts and Wisconsin.

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

2.     Upon information and belief, Plaintiffs Thomas Felix and Lynn Felix (hereinafter collectively "Felix") are citizens and residents of the State of Arizona. Accordingly, there is complete diversity of citizenship between the parties.

3.     Plaintiffs filed a lawsuit in the Superior Court of Arizona, in and for the County of Maricopa on or about August 7, 2017. The Complaint is styled Thomas and Lynn Felix v. Homesite Indemnity Company, a foreign corporation, et al., Civil Cause No. CV2017-050252.  The Arizona Department of Insurance was served on behalf of Homesite with a Summons, a Complaint, and the Plaintiffs' Certificate of Compulsory Arbitration, on or about August 17, 2017. The Complaint alleges three Counts: (1) breach of contract, (2) good faith and fair dealing – bad faith and (3) punitive or exemplary damages.

4.     A true and complete copy of the Summons, Complaint, and Certificate of Compulsory Arbitration, Affidavit of Service, state court Coversheet, and most recent copy of the docket from the state court are attached as Exhibits 1 through 6, respectively.

5.     Plaintiffs' Complaint alleges, among other things, that Homesite issued homeowners insurance policy number 31800709 (the "Policy") to Plaintiffs, which provided coverage for the residence located at 5717 E. Beck Lane ("Residence") located in Scottsdale, Arizona. Plaintiffs' Complaint alleges the Policy provided coverage for the Residence "as well as the Insureds' personal property." (Complaint. ¶ 11).

6.     Plaintiffs' Complaint alleges that on or about September 14, 2015, a windstorm caused a tree to fall into Plaintiffs' Residence which resulted in damage to the structure and Plaintiffs' personal property (the "Loss").  Plaintiffs further allege that due to a water leak they suffered other damages including repair costs, additional living and storage expenses.  (Complaint ¶ 12).  Plaintiffs allege they submitted this Loss to Homesite (the "Claim").  (Complaint ¶ 13).

7.     Plaintiffs' Complaint alleges the damages exceeded $380,000.00. (Complaint ¶ 27).

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

8.     Plaintiffs' Complaint alleges Homesite breached the insurance contract and committed bad faith. (Complaint ¶¶ 41-44, 45-47).  Plaintiffs' Complaint also requests exemplary or punitive damages, attorneys' fees and costs, taxable costs pursuant to A.R.S. § 12-341, and such other and further relief as the Court deems just and proper. (Complaint ¶¶ 48-49 and WHEREFORE clause).

9.     The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000).

10.     This Notice of Removal is filed within the 30-day time limitation prescribed by 28 U.S.C. § 1446(b). Had Plaintiffs timely filed this lawsuit in federal court, this Court would have diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Removal is proper under 28 U.S.C. § 1441(a).

11.     Pursuant to 28 U.S.C. § 1446(d), Defendants will give written notice of the filing of this Notice of Removal to Plaintiffs promptly after this Notice of Removal is filed with the Court.

12.     In accordance with Rule 3.6 of the Local Rules of Practice for the United States District Court for the District of Arizona, Defendants state that a copy of this Notice of Removal has been filed with the Clerk of the Maricopa County Superior Court. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit 7.

13.     This Notice is signed pursuant to Fed. R. Civ. P. 11, as required by LRCiv 3.6.

14.     The time in which Homesite has to answer or move with respect to the Complaint has not expired.

WHEREFORE, Homesite requests that the above referenced action now pending in Maricopa County Superior Court be removed to this Court.

DATED this 15th day of September, 2017.

**THE CAVANAGH LAW FIRM, P.A.**


By: *s/Timothy R. Hyland*
    Timothy R. Hyland
    Jordan R. Plitt
    *Attorneys for Homesite Indemnity Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Stephen E. Silverman, Esq.
Stephen Silverman Law
6945 East Sahuaro Drive, Suite 125
Scottsdale, Arizona  85254

John Rollie Wightman, Esq.
John Rollie Wightman, P.C.
1920 East University Drive, Suite 102
Tempe, AZ  85281

*Attorneys for Plaintiffs*

     *s/Cindy Noeding*

4