**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com
edocket@cavanaghlaw.com

Timothy R. Hyland (SBN 010298)
thyland@cavanaghlaw.com
Jordan R. Plitt (SBN 028028)
jplitt@cavanaghlaw.com
Benjamin J. Branson (SBN 029233)
bbranson@cavanaghlaw.com
Telephone: (602) 322-4078
Facsimile: (602) 322-4103

Attorneys for Homesite Indemnity Company

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas and Lynn Felix, husband and wife, <br><br>Plaintiffs, <br><br>v. <br><br>Homesite Indemnity Company, a foreign corporation; John Does I-X, Jane Does I-X; Black Corporations I-X; Gray Partnerships I-X; and Blue Limited Partnerships I-X, <br><br>Defendants. | Case No.: CV-17-03204-PHX-DGC <br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiffs Thomas and Lynn Felix, and Defendant Homesite Indemnity Company, hereby stipulate to dismiss this case with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 9th day of July, 2018.

**THE CAVANAGH LAW FIRM, P.A.**

By:   /s/ Benjamin J. Branson
      Timothy R. Hyland
      Jordan R. Plitt
      Benjamin J. Branson
      *Attorneys for Homesite Indemnity Company*

**JOHN ROLLIE WIGHTMAN, P.C.**

By: /s/ John Rollie Wightman (*with permission*)
John Rollie Wightman
*Attorneys for Plaintiffs*

**STEPHEN SILVERMAN LAW**

By: /s/ Stephen E. Silverman (*with permission*)
Stephen Silverman
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Stephen E. Silverman, Esq.
Stephen Silverman Law
6945 East Sahuaro Drive, Suite 125
Scottsdale, Arizona  85254

John Rollie Wightman, Esq.
John Rollie Wightman, P.C.
1920 East University Drive, Suite 102
Tempe, AZ  85281

*Attorneys for Plaintiffs*

   /s/ Adriana Garcia

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000